Nos. 34, 35, and 36. CHICAGO & NORTH WESTERN RAILWAY Co. *v.* MUTUAL SAVINGS BANK GROUP COMMITTEE ET AL.;

Nos. 37 and 38. LOUIS SUSMAN ET AL., CONVERTIBLE BOND OWNERS, *v.* MUTUAL SAVINGS BANK GROUP COMMITTEE ET AL.;

Nos. 56 and 57. CITY BANK FARMERS TRUST Co., TRUSTEE, *v.* LIFE INSURANCE GROUP COMMITTEE ET AL.;

Nos. 62, 63, and 64. IRVING TRUST Co., SUCCESSOR TRUSTEE, *v.* MUTUAL SAVINGS BANK GROUP COMMITTEE ET AL.;

Nos. 68 and 69. PROTECTIVE COMMITTEE FOR HOLDERS OF COMMON STOCK *v.* MUTUAL SAVINGS BANK GROUP COMMITTEE ET AL.; and

Nos. 83 and 84. PROTECTIVE COMMITTEE FOR HOLDERS OF PREFERRED STOCK ET AL. *v.* MUTUAL SAVINGS BANK GROUP COMMITTEE ET AL. April 19, 1943. Petitions for

writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. *Mrs. Helen W. Munsert* and *Mr. Luther M. Walter* for the Chicago & North Western Railway Co.; *Mr. Meyer Abrams* for Louis Susman et al.; *Messrs. John B. Marsh* and *Edward E. Watts, Jr.,* for the City Bank Farmers Trust Co., Trustee; *Messrs. Harold C. McCollom* and *Orrin G. Judd* for the Irving Trust Co., Successor Trustee; *Mr. Harry N. Wyatt* for the Protective Committee for Holders of Common Stock; and *Messrs. John M. MacGregor* and *Harry I. Allen* for the Protective Committee for Holders of Preferred Stock, et al.,—petitioners. *Solicitor General Fahy* and *Messrs. James L. Homire* and *Emmet McCaffery* for the Reconstruction Finance Corporation; *Messrs. Kenneth F. Burgess, Douglas F. Smith, Fred N. Oliver,* and *Willard P. Scott* for Mutual Savings Bank Group et al.; *Messrs. William A. W. Stewart* and *William B. Hale* for the United States Trust Co., Trustee; *Messrs. Edward K. Hanlon* and *Ernest S. Ballard* for the New York Trust Co., Trustee; *Mr. Leonard D. Adkins* for George W. Bovenizer et al.; *Messrs. Edwin S. S. Sunderland, Thomas O'G. FitzGibbon,* and *Henry F. Tenney* for the Guaranty Trust Co., Trustee; and *Mr. Alfred H. Phillips* for the Chemical Bank & Trust Co., Successor Trustee,— respondents.

